IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


CAMERON ROWE, Pro Se,
    Plaintiff,

vs.                              Case No.:  3:06cv246/MCR/EMT

BELLSOUTH TELECOMMUNICATIONS, INC.,
    Defendant.
_____/

**REPORT AND RECOMMENDATION**

    This matter is before the court on the parties' Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) (Doc. 16).  Rule 41(a)(1)(ii) provides that an action may be dismissed without an order of the court by filing a stipulation of dismissal signed by all parties who have appeared in the action.

    Accordingly, it is respectfully **RECOMMENDED**:

    That the Stipulation of Dismissal With Prejudice be **APPROVED** and this case be **DISMISSED with prejudice**.

    At Pensacola, Florida, this 29th day of November 2006.


                        /s/ *Elizabeth M. Timothy*
                        **ELIZABETH M. TIMOTHY**
                        **UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**