**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

CAMERON ROWE, Pro Se,
  Plaintiff,

vs.            Case No.:  3:06cv246/MCR/EMT

BELLSOUTH TELECOMMUNICATIONS, INC.,
  Defendant.

_____/

**O R D E R**

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 29, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

  Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now **ORDERED** as follows:

  1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2. The Stipulation of Dismissal With Prejudice is **APPROVED** and this case is **DISMISSED with prejudice**.

  **DONE AND ORDERED** this 2nd day of January, 2007.

           *s/ M. Casey Rodgers*
           **M. CASEY RODGERS
           UNITED STATES DISTRICT JUDGE**